■ J.R. COOPERAGE CO., INC., et al., Respondents, v MOUNT VERNON FIRE INSURANCE COMPANY, Appellant, FAYMIN AGENCY, INC. Respondent, et al., Defendants. [623 NYS2d 148] —Appeal by the defendant from an order of the Supreme Court, Nassau County (McCabe, J.), entered July 15, 1993.

Ordered that the order is affirmed, with one bill of costs, for reasons stated by Justice McCabe at the Supreme Court. Miller, J. P., Thompson, Santucci and Joy, JJ., concur.

■ JEFF BEJA, INC., Appellant, v ANDOR SCHAFER, Respondent. [623 NYS2d 149] —Appeal by the plaintiff from a judgment of the Supreme Court, Nassau County (Collins, J.), entered September 27, 1993.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Collins at the Supreme Court. Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.